IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES B. MASSENGILL, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:05cv0028 |
| v. | ) |
| | ) Judge Thomas A. Wiseman, Jr. |
| JO ANNE BARNHART, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff James B. Massengill's motion for judgment on the administrative record (Doc No. 12), filed along with a supporting brief (Doc. No. 13), seeking reversal of the Commissioner of Social Security's decision denying benefits. The Commissioner of Social Security filed a response opposing Plaintiff's motion (Doc. No. 15.), and Plaintiff then filed a reply brief to the Commissioner's response. (Doc. No. 17.) The motion is ripe for consideration.

Upon review of the Administrative Record as a whole and for the reasons explained in the accompanying Memorandum Opinion, the Court finds that the Commissioner's decision is supported by substantial evidence and that the evidence in the record is not sufficient for a finding of disability. Accordingly, Plaintiff's motion for judgment is hereby **DENIED**, and the Commissioner's decision denying benefits is **AFFIRMED**.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge

1